UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDY BERGE,

         Plaintiff,

    v.

CAROLYN WILLFORD,

         Defendant.
_____/

NO. CIV. S-12-01839 LKK/KJN PS

**O R D E R**

    Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to a magistrate judge for all further proceedings and entry of final judgment.

    IT IS ORDERED that any hearing dates currently set before the undersigned are **VACATED**.

1

1    IT IS FURTHER ORDERED that the Clerk of the Court reassign this
2 case to the Honorable Kendall J. Newman, United States Magistrate
3 Judge.  All future documents filed in the above-captioned case shall
4 reference the following case number:   No. Civ. S-12-1839 KJN.
5    DATED:   August 23, 2012

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

9    Having also reviewed the file, I accept reference of this case
10 for all further proceedings and entry of final judgment.
11 DATED: August 23, 2012

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

2