IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDY BERGE,

     Plaintiff,                    No. 2:12-cv-01839 KJN PS

     v.

CAROLYN WILLFORD, Postmaster
U.S. Postal Service,

     Defendant.               ORDER
_____/

     On August 24, 2012, plaintiff filed several documents identified as "EVIDENCE FOR THE PLAINTIFF" (Dkt. No. 10). Plaintiff is advised that she may not file "evidence" with the court for no purpose, as opposed to, for example, filing evidence in conjunction with a pending motion. Plaintiff is reminded that she must conform her conduct to the Federal Rules of Civil Procedure and the court's Local Rules. See Local Rules 110, 183(a). Accordingly, IT IS HEREBY ORDERED that plaintiff's filing entitled "EVIDENCE FOR THE PLAINTIFF" (Dkt. No. 10) is disregarded, and the court shall take no further action in regard to that filing.

     IT IS SO ORDERED.

DATED: August 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1