IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDY BERGE,

     Plaintiff,                   No. 2:12-cv-1839 KJN PS

    v.

POSTMASTER CAROLYN WILLFORD,

     Defendant.              <u>ORDER</u>

        A status (pre-trial scheduling) conference in this matter is presently set for December 13, 2012. (Dkt. No. 2.)[1] However, on December 6, 2012, the parties filed a joint status report indicating that they have reached an agreement in principle to settle the case, that they are currently working to formalize that agreement, and that they expect to file a stipulation for dismissal of the action in the near future. (Dkt. No. 12.) The parties also request that the December 13, 2012 status conference be taken off calendar. (<u>Id.</u>)

        In light of the parties' notification of settlement, IT IS HEREBY ORDERED that:

        1. The December 13, 2012 status conference is VACATED.

---

[1] All parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), and the action was referred to the undersigned for all further proceedings and the entry of a final judgment. (Dkt. Nos. 6, 7, 9.)

1

2. The parties shall file dispositional documents within 30 days of the date of service of this order.  Plaintiff is cautioned that failure to file dispositional documents by that deadline, or failure to seek an appropriate extension for good cause prior to the expiration of that deadline, may result in dismissal of the action without prejudice.  <u>See</u> E.D. Cal. L.R. 160(b).

IT IS SO ORDERED.

DATED:  December 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE