BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH (CSBN 228561)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2743
Facsimile:   (916) 554-2900

Attorneys for
Federal Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BERGE,<br><br>                    Plaintiff,<br><br>v.<br><br>CAROLYN WILLFORD, POSTMASTER<br>U.S. POSTAL SERVICE,<br><br>                    Defendant. | CASE NO.: 2:12-cv-01839-KJN<br><br>**SETTLEMENT AGREEMENT,<br>STIPULATION, RELEASE,<br>DISMISSAL AND ORDER** |

  It is hereby stipulated by and between Plaintiff Wendy Berge and Federal Defendant Carolyn Willford as follows:

  1. The parties hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

  2. The United States Postal Service (which Federal Defendant asserts to be the proper defendant in this case) agrees to pay Plaintiff Wendy Berge the sum of six hundred and fifty dollars ($650.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequence thereof, resulting, and to result, from the subject matter of this action, including any claims for wrongful death, which plaintiff or her heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States Postal Service, its agents,

servants, and employees.

3. Plaintiff and her heirs, executors, administrators or assigns hereby agree to accept the sum set forth in paragraph 2 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of, any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States Postal Service, its agents, servants, and employees on account of the same subject matter that gave rise to this action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages.  Plaintiff and her heirs, executors, administrators, or assigns further agree to reimburse, indemnify and hold harmless the United States Postal Service and its agents, servants and employees from and against any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims arising from the subject matter of this action.

4. Plaintiff warrants and represents that she intends that this Stipulation shall release all existing and future claims arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action, including claims that are unknown and unforeseen, notwithstanding Section 1542 of the Civil Code of the State of California, which provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

5. This Stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States Postal Service or its agents, servants, or employees and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. The parties agree that they will each bear their own costs, fees, and expenses; that any attorney's fees owed by plaintiff will be paid out of the settlement amount and not in addition thereto; and that all outstanding or future bills and liens will be the sole responsibility of plaintiff.

7. Payment of the settlement amount will be made within 30 days of the execution date of this Stipulation by check payable to Wendy Berge.

8. Each person signing this Stipulation warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals. This Stipulation may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to be charged. All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

9. Each person executing this Stipulation represents that she has read and understands its contents; that she executes this Stipulation voluntarily; that she has not been influenced by any person acting on behalf of any party.

10. The above-captioned action is hereby DISMISSED WITH PREJUDICE in its entirety and, upon approval by the Court as provided below, the Clerk of the Court is requested to enter this dismissal and release in the official docket.

11. Notwithstanding the entry of a dismissal herein, the parties hereby stipulate that Hon. Kendall J. Newman, shall retain jurisdiction to enforce the terms of this compromise settlement.

Dated: December 21, 2012         */s/ Wendy Berge (authorized 12/21/12)*
                                 Wendy Berge, Pro Se Plaintiff

Dated: December 21, 2012         BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    */s/ Victoria L. Boesch*
                                 VICTORIA L. BOESCH
                                 Assistant United States Attorney
                                 Attorneys for Federal Defendant

**ORDER**

IT IS SO ORDERED.

Date: **12/27/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on **December 21, 2012**, she served a copy of:

**SETTLEMENT AGREEMENT, STIPULATION, RELEASE, DISMISSAL AND ORDER**

by placing said copy in an envelope addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail box in Sacramento, California.

**Addressee(s):**
Wendy Berge, Pro Se
1641 Black Bart Avenue
South Lake Tahoe, CA  96150

                         */s/ Karen James*
                         Legal Assistant
                         United States Attorney's Office
                         Eastern District of California